IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-189-JLK**

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

**1.    DAVID HELM TAYLOR,**

      Defendant.

---

## MINUTE ORDER
## SETTING TRIAL DATE AND OTHER DEADLINES

Judge John L. Kane **ORDERS**

All pretrial motions in this matter are due on or before **July 19, 2011;** responses to these motions are due **August 3, 2011**.  It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and **Final Trial Preparation Conference** is set for **August 22, 2011, at 2:00 p.m.**  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested.  It is

FURTHER ORDERED that a **10-day jury trial** is set for **August 29, 2011 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  June 28, 2011