# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Judge John L. Kane

Criminal Action No. **11-cr-00189-JLK**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. DAVID HELM TAYLOR,**

    Defendant.

## ORDER

    This matter is currently before me on the government's Motion to Disclose Grand Jury Material (doc. 13). Having reviewed the motion, and finding good and sufficient cause appearing, the motion is GRANTED. Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), the grand jury testimony and grand jury exhibits and other materials may be disclosed to Defendant and his attorney in the course of discovery in this case.

    It is FURTHER ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to Defendant and his attorney; that Defendant's attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

Dated: July 13, 2011

BY THE COURT:

*/s/John L. Kane*
Senior U.S. District Judge