IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-189-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    DAVID HELM TAYLOR,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Status Conference set for September 16, 2011 is **VACATED AND RESET** for **September 27, 2011 at 11:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  July 14, 2011